IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY MUCKLOW,

    Plaintiff,

v.

AMARAL AND SONS INC,

    Defendant.

No. C -11-02420 (EDL)

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR SERVICE OR MOTION**

The Case Management Conference set for October 25, 2011 is hereby continued to January 3, 2012 at 10:00 a.m. An updated Case management Conference Statement is due by December 27, 2011. Within 60 days of the date of this Order, Plaintiffs shall file a proof of service that service has been effected on an appropriate agent of Defendant, or file a motion for leave to effect substitute service on the Secretary of State instead.

**IT IS SO ORDERED.**

Dated: October 19, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge