LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY MUCKLOW; MIKE FURSMAN, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,

   Plaintiffs,

   v.

AMARAL & SONS, INC., a California Corporation; MARVIN R. AMARAL, individually; MARVIN R. AMARAL, as shareholder of dissolved corporation AMARAL & SONS, INC.,

   Defendants.

No.   C 11-2420 EDL

**EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

**ORDER**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the Case Management Conference scheduled for June 5, 2012 at 4:15 p.m. be continued for 60 days.

Plaintiffs filed their First Amended Complaint for Breach of Contract, Damages, and Audit on March 23, 2012. Plaintiffs served Defendants with the First Amended Complaint via substituted service on March 29, 2012, for which proof of service with summons was filed with the Court on April 6, 2012.

The parties are currently engaged in informal settlement discussions and are likely to resolve the matter without further litigation. To allow time for these discussions, Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 11-2420 EDL

1 respectfully request a 60-day continuance of the Case Management Conference with an extension
2 of time for Defendants to answer.  Plaintiffs anticipate that this 60-day period would give the
3 parties an opportunity to settle this matter.  If a settlement is not reached, Plaintiffs will proceed
4 with the litigation.

5       The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen
6 in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

7 Dated: May 31, 2012

8     WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
9

10     By:_____/s/Kristina M. Zinnen_____
    KRISTINA M. ZINNEN
11     Attorneys for Plaintiffs

12

13 **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

14     Based upon the foregoing Ex Parte Request to Continue Case Management Conference,
15 the Court orders the continuance of the case management conference ~~for 60 days, or as soon~~
16 ~~thereafter as a court date is available.  In addition, the Court Orders:~~ July 31, 2012 at 10:00 a.m.

17

18

19 Dated:  May 31, 2012



The Hon. _____
United _____
Judge Elizabeth D. Laporte

IT IS SO ORDERED AS MODIFIED

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 11-2420 EDL