1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  ROSEMARY MUCKLOW; MIKE              ) No.     C 11-2420 EDL
    FURSMAN, in their capacities as Trustees of  )
12  the NORTHERN CALIFORNIA UFCW        )
    WHOLESALE HEALTH & WELFARE          )
13  FUND,                               ) **EX PARTE REQUEST TO CONTINUE**
                                        ) **CASE MANAGEMENT**
14             Plaintiffs,              ) **CONFERENCE**
                                        ) **ORDER**
15        v.                            )
                                        )
16  AMARAL & SONS, INC., a California   )
    Corporation; MARVIN R. AMARAL,      )
17  individually; MARVIN R. AMARAL, as  )
    shareholder of dissolved corporation AMARAL )
18  & SONS, INC.,                       )
                                        )
19             Defendants.              )
    _____)

20

21
          Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the Case Management
22
   Conference scheduled for June 5, 2012 at 4:15 p.m. be continued for 60 days.
23
          Plaintiffs filed their First Amended Complaint for Breach of Contract, Damages, and
24
   Audit on March 23, 2012.  Plaintiffs served Defendants with the First Amended Complaint via
25
   substituted service on March 29, 2012, for which proof of service with summons was filed with
26
   the Court on April 6, 2012.
27
          The parties are currently engaged in informal settlement discussions and are likely to
28
   resolve the matter without further litigation.  To allow time for these discussions, Plaintiffs

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 11-2420 EDL

1  respectfully request a 60-day continuance of the Case Management Conference with an extension

2  of time for Defendants to answer.  Plaintiffs anticipate that this 60-day period would give the

3  parties an opportunity to settle this matter.  If a settlement is not reached, Plaintiffs will proceed

4  with the litigation.

5        The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen

6  in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

7  Dated: May 31, 2012

8                                             WEINBERG, ROGER & ROSENFELD
                                              A Professional Corporation
9

10                                            By:____/s/Kristina M. Zinnen_____
                                                  KRISTINA M. ZINNEN
11                                                Attorneys for Plaintiffs

12

13        [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

14        Based upon the foregoing Ex Parte Request to Continue Case Management Conference,

15  the Court orders the continuance of the case management conference ~~for 60 days, or as soon~~

16  ~~10~~ July 31, 2012 at 10:00 a.m. ~~thereafter as a court date is available.  In addition, the Court Orders:~~

17

18

19  Dated:  May 31, 2012

20



21

22

23

24

25

26

27

28

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 11-2420 EDL

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001