IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY MUCKLOW,          No. C -11-02420 (EDL)

    Plaintiff,          **ORDER**

  v.

AMARAL AND SONS INC,

    Defendant.
_____/

At the case management conference on October 2, 2012, this Court ordered that Plaintiff had 60 days to move for default or provide the Court with a stipulated settlement. Plaintiff has neither filed a motion for default judgment or filed a notice of settlement. Plaintiff is hereby ordered to appear at a case management conference on Wednesday, January 9, 2012 at 10:00 a.m. to explain why a motion for default or notice of settlement has not been filed in violation of the Court's prder. If Plaintiff files a motion for default judgment or notice of settlement prior to the case management conference, the case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: December 12, 2012

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge