IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW, | No. C -11-02420 (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| AMARAL AND SONS INC, | |
| Defendant. | |

At the case management conference on October 2, 2012, this Court ordered that Plaintiff had 60 days to move for default or provide the Court with a stipulated settlement.  Plaintiff has neither filed a motion for default judgment or filed a notice of settlement.  Plaintiff is hereby ordered to appear at a case management conference on Wednesday, January 9, 2012 at 10:00 a.m. to explain why a motion for default or notice of settlement has not been filed in violation of the Court's prder.  If Plaintiff files a motion for default judgment or notice of settlement prior to the case management conference, the case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: December 12, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge